IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jill E. Mancini               :

                         :

         v.                  :         No. 1841 C.D. 2019

                         :

County of Northampton,        :

          Appellant        :

**PER CURIAM**                 **O R D E R**

NOW, March 12, 2021, having considered Appellee's application for reargument, the application is denied.